[No. 64238-3-I. Division One. September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EMORY BERUBE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05714-0, Jeffrey M. Ramsdell, J., entered September 22, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Schindler, JJ.

[No. 64271-5-I. Division One. September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW JAMES RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01218-5, Michael T. Downes, J., entered September 22, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 64346-1-I. Division One. September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE RAINEY, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 08-1-00069-0, Alan R. Hancock, J., entered September 21, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 64386-0-I. Division One. September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EMORY LEE BERUBE, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 3, 2011. Substitute opinion filed. See 159 Wn. App. 1010.